UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>YITA LLC, et al.,<br><br>Defendants. | C20-278 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Continue Certain Deadlines, docket no. 63, is GRANTED. The parties' deadlines are EXTENDED as follows:

| | |
|---|---|
| Plaintiff's Opposition to Yita's Second Motion to Dismiss | June 5, 2020 |
| Yita's Reply in support of its Second Motion to Dismiss | June 9, 2020 |
| Conference pursuant to Fed. R. Civ. P. 26(f) | June 15, 2020 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | June 29, 2020 |
| Combined Joint Status Report and Discovery Plan | June 29, 2020 |

(2) Yita's Second Motion to Dismiss, docket no. 61, is RENOTED to June 9, 2020.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of April, 2020.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1