UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH,

Plaintiff,

v.

YITA LLC d/b/a OEDRO and/or YITAMOTOR; and LED KINGDOMUS,

Defendants.

C20-278 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The motion for reconsideration, docket no. 74, filed in this matter by Jinrong (SH) Automotive Accessory Development Co., LTD., is STRICKEN.  The motion should have been filed only in Case No. C20-856 TSZ.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1