UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH,

    Plaintiff,

v.

YITA LLC d/b/a OEDRO and/or YITAMOTOR; and LED KINGDOMUS,

    Defendants.

C20-278 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having reviewed the parties' Joint Status Report, docket no. 80, the Court DIRECTS that this matter remain stayed pending decisions by the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") in inter partes review ("IPR") proceedings involving the two patents-in-suit. The parties shall file a Joint Status Report within fourteen (14) days after the PTAB issues final rulings in IPR2020-1139 and IPR2020-1142.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 18th day of February, 2021.

    William M. McCool
    Clerk

    s/Gail Glass
    Deputy Clerk

MINUTE ORDER - 1