UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MACNEIL AUTOMOTIVE PRODUCTS LIMITED,

        Plaintiffs,

v.

YITA, LLC d/b/a OEDRO or YitaMotor,

        Defendant.

C20-278 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 83, indicating that the related proceedings before the Patent Trial and Appeal Board have been resolved, the Court hereby LIFTS the stay imposed by Minute Order entered August 13, 2020, docket no. 73, and this matter is returned to the Court's active docket.

(2) The parties shall meet and confer and file, on or before April 15, 2022, a Joint Status Report in the form outlined in Local Civil Rule 26(f)(1) and Local Patent Rule 110. The parties shall also address in such Joint Status Report whether related Case No. C20-856 should be consolidated for all purposes with this matter.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2022.

                                                    Ravi Subramanian
                                                    Clerk

                                                    s/Gail Glass
                                                    Deputy Clerk

MINUTE ORDER - 1