UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>YITA, LLC d/b/a Oedro or YitaMotor,<br><br>        Defendant. | C20-278 TSZ |
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,<br><br>        Defendants. | MINUTE ORDER |

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The parties' joint motion, docket no. 88, to alter the case schedule is GRANTED in part and DENIED in part as follows:

          (a)    The statement of asserted claims and infringement contentions shall be served and filed by July 29, 2022;

          (b)    The statement of non-infringement and invalidity contentions shall be served and filed by November 30, 2022;

MINUTE ORDER - 1

(c)  Notwithstanding Local Patent Rule 125, the infringement contentions and non-infringement and invalidity contentions shall be filed in CM/ECF;

(d)  Notwithstanding the term "preliminary" used in the Minute Order Setting Trial Date and Related Deadlines, docket no. 87, in connection with these contentions, these contentions are considered "final" when served, and they may be amended only with leave of the Court upon a timely showing of good cause; *see* Local Patent Rule 124;

(e)  The parties' request to set a deadline for "final" contentions is DENIED; and

(f)  All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 87, shall remain in full force and effect.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of June, 2022.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk