# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>YITA, LLC d/b/a Oedro or YitaMotor,<br><br>            Defendant. | C20-278 TSZ |
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.; and RUI DAI,<br><br>            Defendants. | MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion, docket no. 126, to continue the trial date and related deadlines, is GRANTED in part and DENIED in part as follows:

    (a) The deadline for disclosing reports from expert witnesses, if any, regarding Markman issues is EXTENDED from March 10, 2023, to March 31, 2023;

MINUTE ORDER - 1

      (b)    The due date for the Joint Claim Chart and Prehearing Statement is EXTENDED from March 10, 2023, to March 31, 2023;

      (c)    The deadline for completion of claim construction discovery and for amended pleadings is EXTENDED from May 5, 2023, to May 11, 2023; and

      (d)    All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Deadlines, docket no. 87, shall remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2