UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YITA, LLC d/b/a Oedro or YitaMotor; and JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.,<br><br>Defendants. | C20-0278 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion, docket no. 189, to extend certain deadlines is GRANTED as follows:

| | |
|---|---|
| Disclosure of expert testimony | January 6, 2025 |
| Discovery motions filing deadline | February 21, 2025 |
| Discovery completion deadline | April 10, 2025 |
| Dispositive motions filing deadline | May 9, 2025 |

MINUTE ORDER - 1

| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | May 16, 2025 |
|---|---|
| Motions in limine filing deadline[1] | September 19, 2025 |

(2)     All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order entered August 15, 2024, docket no. 182, and the Minute Order Setting Trial Date and Related Dates, docket no. 87, shall remain in full force and effect.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of October, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

---

[1] All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the Pretrial Conference, and such joint submission shall be noted for the same day it is filed.  The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same.  Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order.  All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

MINUTE ORDER - 2