UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,

Plaintiffs,

v.

YITA, LLC d/b/a Oedro or YitaMotor; and JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.,

Defendants.

C20-0278 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' stipulation, docket no. 204, the Court ORDERS as follows:

(a) The parties' respective motions to compel discovery, docket nos. 198 and 200, are STRICKEN without prejudice;

(b) Counsel shall meet and confer to attempt to resolve the discovery disputes outlined in the above-referenced motions;

(c) If the parties cannot resolve the discovery disputes outlined in the motions identified in Paragraph 1(a), they shall file a joint submission, in the form described in Local Civil Rule 37, no later than March 31, 2025, which shall be noted for the same day it is filed; and

MINUTE ORDER - 1

   (d) The deadline for filing discovery motions having expired, any discovery disputes that were not raised in the motions identified in Paragraph 1(a) shall not be included in the joint submission permitted in Paragraph 1(c).

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 10th day of March, 2025.

             <u>Ravi Subramanian</u>
             Clerk

             <u>s/Laurie Cuaresma</u>
             Deputy Clerk

MINUTE ORDER - 2