UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YITA, LLC d/b/a Oedro or YitaMotor; and JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.,<br><br>Defendants. | C20-0278 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' motion for extension, docket no. 206, is GRANTED in part and DENIED in part as follows:

    (a) The deadline for filing a joint submission, which was set in the Minute Order entered March 10, 2025, docket no. 205, is EXTENDED to April 14, 2025;

    (b) The deadline for completing discovery is EXTENDED from April 10, 2025, to May 9, 2025;

    (c) The deadline for filing dispositive motions is EXTENDED from May 9, 2025, to June 5, 2025; and

    (d) The deadline for filing motions related to expert testimony is EXTENDED from May 16, 2025, to June 12, 2025.

MINUTE ORDER - 1

(2) This case is hereby DESIGNATED for mediation pursuant to Local Civil Rule 39.1(c). The parties are DIRECTED to (i) exchange written demands for settlement within thirty (30) days of the date of this Minute Order, (ii) select a mediator and file a joint notice containing the name of the mediator before the deadline for completion of discovery, and (iii) conduct mediation in accordance with LCR 39.1(c) and file a joint certification of compliance on or before July 3, 2025.[1]

(3) All other terms and conditions, and all future dates and deadlines not inconsistent herewith, contained in the Minute Orders entered October 21, 2024, docket no. 192, and August 15, 2024, docket no. 182, the docket entry dated September 4, 2024, and the Minute Order Setting Trial Date and Related Dates, docket no. 87, shall remain in full force and effect, as follows:

| **JURY TRIAL DATE (7-10 days)[2]** | **October 14, 2025** |
|---|---|
| Motions in limine filing deadline[3] | September 19, 2025 |
| Agreed pretrial order[4] due | September 26, 2025 |

---

[1] If this case resolves in principle, counsel shall immediately notify the Court by calling chambers at (206) 370-8830, even if any settlement has not yet been perfected.

[2] Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases. All other dates and deadlines, including the deadline for disclosing rebuttal expert testimony, are specified in the Federal Rules of Civil Procedure, the Local Civil Rules, and/or the Local Patent Rules. The dates and deadlines set forth in this Minute Order are firm and can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

[3] All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the Pretrial Conference, and such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[4] The agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov. Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the

MINUTE ORDER - 2

| Trial briefs, proposed voir dire questions, and jury instructions due | September 26, 2025 |
|---|---|
| Pretrial conference | October 3, 2025 at 10:00 a.m. |

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of April, 2025.

                                        Ravi Subramanian
                                      Clerk

                                      s/Laurie Cuaresma
                                      Deputy Clerk

---

following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. The original and one copy of any exhibit to be used at trial shall be delivered to the Court at least five (5) days before the trial date at a time coordinated with Courtroom Deputy Clerk Laurie Cuaresma, who can be reached at (206) 370-8521. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiffs' exhibits shall be numbered consecutively beginning with 1; defendant Yita, LLC's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiffs' last exhibit; defendant Jinrong (SH) Automotive Accessory Development Co. Ltd.'s or any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after Yita, LLC's last exhibit. For example, if plaintiffs' last exhibit is numbered 159, then Yita, LLC's exhibits shall begin with the number 200; if Yita, LLC's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

MINUTE ORDER - 3