UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MacNEIL AUTOMOTIVE PRODUCTS LIMITED d/b/a WEATHERTECH; and MacNEIL IP LLC,

      Plaintiffs,

v.

YITA, LLC d/b/a Oedro or YitaMotor; and JINRONG (SH) AUTOMOTIVE ACCESSORY DEVELOPMENT CO., LTD.,

      Defendants.

C20-0278 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having conducted a scheduling conference and discussed with counsel various conflicts with the current and alternative trial dates, the Court CONTINUES the trial date and certain related deadlines as follows:

| **JURY TRIAL DATE (8–10 days)** | **November 10, 2025** |
| --- | --- |
| Agreed pretrial order due | October 1, 2025 |
| Trial briefs and proposed voir dire questions due | October 1, 2025 |
| Pretrial conference (in Courtroom 15206) | October 14, 2025 at 10:00 a.m. |

(2) Supplemental briefing remains due on September 12, 2025, *see* Minute Order (docket no. 326), and motions in limine presented in a joint submission remain due

MINUTE ORDER - 1

on September 19, 2025, <u>see</u> Minute Order at 2 n.3 (docket no. 207); <u>see also</u> Local Civil Rule 7(d)(5) ("Any motion in limine . . . and any brief in opposition shall not exceed 6,300 words or . . . eighteen pages.").

(3) The stay of proceedings concerning plaintiffs' claims involving United States Patents No. 8,889,655 and 9,138,917, as well as the deadline for the parties to file a Joint Status Report regarding these claims, remain in full force and effect. <u>See</u> Minute Order at ¶ 1 (docket no. 182).

(4) The requirements set forth in footnotes 1–4 of the Minute Order entered April 2, 2025, docket no. 207, concerning <u>inter alia</u> notification of any settlement, the joint submission of motions in limine, and the form and transmittal of the agreed pretrial order, remain in full force and effect. As indicated in paragraph 3 of the Minute Order entered August 26, 2025, docket no. 325, the Court will provide to counsel via email a set of draft jury instructions and set a deadline for filing any objections.

(5) Counsel should set aside both October 14 and October 15, 2025, for the pretrial conference. In addition, the parties shall reserve the two-week period beginning December 3, 2025, as an alternative trial date. The Court will advise the parties as soon as possible whether the trial date needs to be adjusted.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of September, 2025.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2